# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 25-1180                  September Term, 2025

EPA-90FR41829

Filed On: October 27, 2025 [2142217]

REH Company, LLC,

       Petitioner

    v.

Environmental Protection Agency,

       Respondent

------------------------------

Consolidated with 25-1187, 25-1195, 25-1196, 25-1197, 25-1203, 25-1204, 25-1205, 25-1206, 25-1207, 25-1208, 25-1209, 25-1210, 25-1211, 25-1212, 25-1213, 25-1214, 25-1219, 25-1226, 25-1228, 25-1229, 25-1230, 25-1231, 25-1232

## O R D E R

     It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner(s) in case No(s). 25-1230, 25-1231, and 25-1232 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | November 26, 2025 |
| Statement of Issues to be Raised | November 26, 2025 |

                                               **FOR THE COURT:**
                                               Clifton B. Cislak, Clerk

                            BY:     /s/
                                       Laura M. Morgan
                                       Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form